RUDOLPH WEISS, Doing Business under the Name of BEVERLY PHARMACY, Appellant-Respondent, v. IRVING MAIDMAN, Doing Business as BEVERLY HOTEL, Respondent-Appellant.— Judgment unanimously affirmed. No opinion. Present— Cohn, J. P., Breitel, Bastow, Botein and Bergan, JJ. [See 283 App. Div. 656.]

SAMUEL H. PARDES, INC., Appellant, v. HENLEY FASHIONS, INC., et al., Respondents.— Order unanimously affirmed, with one bill of $20 costs and disbursements to the respondents. No opinion. Present— Cohn, J. P., Breitel, Bastow, Botein and Bergan, JJ.

LARRY JANSEN et al., Respondents, v. HILO PACKING Co. INC., et al., Defend ants, and HIT PARADE, INC., Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Present— Cohn, J. P., Breitel, Bastow, Botein and Bergan, JJ. [202 Misc. 900.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. NORMAN J. BRABSON, Appellant.— Order unanimously affirmed. No opinion. Present— Cohn, J. P., Breitel, Bastow, Botein and Bergan, JJ.; Breitel, J., taking no part.

CHARLES E. DENNIS, Respondent, v. KINETIC RADIO CORPORATION et al., Appellants.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present— Cohn, J. P., Breitel, Bastow, Botein and Bergan, JJ.

COLONIAL PIECE DYE WORKS, INC., Defendant and Third-Party Plaintiff-Respondent, v. GENERAL DYESTUFF CORPORATION, Third-Party Defendant-Appellant. [TULLER FABRICS CORP., Plaintiff, v. COLONIAL PIECE DYE WORKS, INC., Defendant.] — Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present— Cohn, J. P., Callahan, Breitel, Bastow and Botein, JJ. [See ante, p. 858.]

In the Matter of 976 SIXTH AVENUE, INC., Respondent. EMPIRE NUT PRODUCTS, INC., Appellant.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present— Glennon, J. P., Dore, Cohn, Callahan and Botein, JJ. [See ante, p. 859.]

WILLIAM A. CAMPBELL et al., Constituting the Bondholders' Protective Committee for the Holders of First Lien and Refunding Mortgage 5% Bonds, Issued by Hudson & Manhattan Railroad Company, et al., on Their Own Behalf and on Behalf of All Other Holders of Said Bonds, Respondents-Appellants, v. HUDSON & MANHATTAN RAILROAD COMPANY, Appellant-Respondent, et al., Defendants.— Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Present— Peck, P. J., Cohn, Breitel, Bastow and Botein, JJ.; Cohn, J., taking no part. [See ante, p. 864.]